461 F.2d 1267
 Steve SOUTHERN, etc., et al., Plaintiffs-Appellants,
v.
The BOARD OF TRUSTEES FOR the DALLAS INDEPENDENT SCHOOL
DISTRICT, Nolan Estes, Superintendent, et al.,
Defendants-Appellees.
 No. 71-2462 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 June 16, 1972.
 
 Andrew L. Monson, James A. Johnston, Dallas, Tex., for appellants.
 Warren Whitham, John P. Clarson, Spafford, Gay & Whitham, Dallas, Tex., for appellees.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment of the district court, 318 F.Supp. 355, is affirmed. See Karr v. Schmidt, 5 Cir. 1972, 460 F.2d 609 (En Banc), [No. 31,045, Slip Opinion dated April 28, 1972].
 
 
 
 *
 Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I